**No. 56565.**—Ozark Wholesale Beverage Co. *v.* United States, protest 112107–K (St. Louis).

Opinion by JOHNSON, J.  At the trial it was stipulated that duties were assessed upon 2,638.4 proof gallons of rum; that internal revenue taxes were assessed on the basis of 2,630.2 proof gallons, which amount was actually received by the importer from bonded warehouse; and that no further quantities of said rum were withdrawn from or now remain in bonded warehouse. In accordance with stipulation of counsel and for the reasons cited in *Austin, Nichols & Co., Inc.*

v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.